AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 26, 2020**

SEAN F. McAVOY, CLERK

KACHESS COMMUNITY ASSOCIATION, a Washington nonprofit corporation; and WISE USE MOVEMENT, a Washington nonprofit corporation,
*Plaintiff*
v.
US DEPARTMENT OF INTERIOR, Bureau of Reclamation; WASHINGTON STATE DEPARTMENT OF ECOLOGY; BRENDA BURMAN, Commissioner; and MAIA BELLON, Director; and ROZA IRRIGATION DISTRICT, Intervenor Defendant,
*Defendant*

Civil Action No. 1:19-CV-3155-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendants Washington State Department of Ecology and its former Director Maia Bellon's Motion to Dismiss State Law Claims (ECF No. 22) is GRANTED.
Intervenor Roza Irrigation District's Motion to Dismiss, (ECF No. 23) is GRANTED.
Defendants United States Department of the Interior, Bureau of Reclamation and its Commissioner Brenda Burman's Motion to Dismiss, (ECF No. 25) is GRANTED.
Plaintiffs' claims are DISMISSED WITHOUT PREJUDICE, without costs or fees for any party and WITHOUT LEAVE TO AMEND.
Judgment of dismissal without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON on Motions to Dismiss (ECF No. 22, 23, 25)

Date: 06/26/2020

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*
Allison Yates